FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 1 5 2018

James N. Hatten, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANDON CHE LEE,                    :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :       CIVIL ACTION FILE NO.
                                    :       1:18-CV-165-ODE-JFK
USP ATLANTA'S WARDEN, and all       :
of the staff involved in this       :
complaint,                          :
                                    :
        Defendant.                  :

## ORDER

This pro se civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed February 15, 2018 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge King recommends that Plaintiff be denied in forma pauperis status and that this action, as consolidated, be dismissed without prejudice. Specifically, Judge King found that Plaintiff, while incarcerated, has filed at least three civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim, and that Plaintiff shows no imminent threat of serious physical injury.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Plaintiff's request for in forma pauperis status is DENIED and this action, as consolidated, is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this __15__ day of March, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

-2-